IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

# <u>ORDER</u>

This case comes before the Court on attorney Tara L. Blake's unopposed motion to withdraw as counsel of record for Defendants CooperSurgical, Inc. and The Cooper Companies, Inc. Dkt. No. [730]. For good cause shown, the motion is **GRANTED**. The Clerk is **DIRECTED** to terminate attorney Tara L. Blake as counsel on the MDL docket and all individual case dockets.

**IT IS SO ORDERED** this 15th day of November, 2024.

_____
**Leigh Martin May**
**United States District Judge**